UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PIETRO GOZZI,

    Plaintiff,

v.                                         CASE NO.: _____

OWNERS INSURANCE COMPANY,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

To:    The Judges of the United States District Court
       Middle District of Florida

Defendant Owners Insurance Company gives notice of removal to this Court of the case styled *Pietro Gozzi v. Owners Insurance Company*, Case No. 2023-CA-006620-O, filed in the Ninth Judicial Circuit in and for Orange County, Florida. As grounds for this removal, Defendant states:

1. This is a personal injury action for underinsured motorist benefits, stemming from a motor vehicle accident on July 7, 2018 in unincorporated Orange County, Florida. Plaintiff filed his Amended Complaint on June 20, 2023 in the Ninth Judicial Circuit in and for Orange County.[1]

---

[1] Plaintiff's initial Complaint was filed on March 21, 2023, and named Auto-Owners Insurance Company as the sole Defendant. Auto-Owners and Owners are separate legal entities.

2. Owners agreed to accept informal service of the Amended Complaint on June 20, 2023.

3. This action is one over which the Court has diversity jurisdiction pursuant to 28 U.S.C. Section 1332, because the parties are diverse and the amount in controversy is in excess of $75,000.

**THE PARTIES ARE DIVERSE.**

4. Plaintiff is a Florida citizen.

   a) The Florida traffic crash report for the subject accident shows Plaintiff lives in Florida; has a Florida driver's license; and was driving a motor vehicle registered in Florida at the time of the accident. A copy of the crash report is attached to this Notice as **Exhibit "A."**

   b) An Accurint background check report on Plaintiff shows Plaintiff lives in Florida; has a Florida driver's license; owns a business named P&L Kitchen & Bath Design Center, LLC that has a telephone number with a 352 area code, which is an area code for Central Florida; owns a Florida business named Tiles on the Run; and owns what appears to be personal property in Florida. Pertinent portions of the Accurint report are attached to this Notice as **Exhibit "B."**

   c) The Florida Division of Corporations website shows Plaintiff owns a Florida business named P&L Kitchen & Bath Design Center, LLC. A printout of the Division of Corporations webpage is attached to this Notice as **Exhibit "C."**

   d) The Marion County Property Appraiser's website shows Plaintiff owns personal property in Florida. A printout of the Property Appraiser's webpage is attached to this Notice as **Exhibit "D."**

   e) Medical records show Plaintiff lives in Florida; has a Florida telephone number; works for a Florida employer; and underwent

        medical treatment in Florida. A medical intake form from Plaintiff's pre-suit demand package is attached to this Notice as **Exhibit "E."**

    f)    Plaintiff filed a Florida worker's compensation claim for the subject accident, the Petition for which shows Plaintiff lives in Florida; has a Florida telephone number; and works for a Florida employer. A copy of the Petition is attached to this Notice as **Exhibit "F."**

    g)    The insurance policy declaration pages attached to Plaintiff's initial Complaint show the policy was issued to a Florida business. Pertinent portions of the declaration pages are attached to this Notice as **Exhibit "G."**

    h)    Plaintiff's Amended Complaint states he is a Florida resident. (Am. Com. ¶ 3)

5.    Defendant is a citizen of Ohio and Michigan.

    a)    The Florida Division of Corporations website indicates Defendant is an Ohio corporation with its principal place of business in Michigan. A printout from the website is attached to this Notice as **Exhibit "H."**

    b)    The declaration pages from the applicable insurance policy show Defendant has a Michigan principal place of business. See Exhibit "G."

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.

6.    The UM benefits afforded under the applicable insurance policy are $500,000. See Exhibit "G."

7.    Plaintiff's workers' compensation insurer has paid benefits for Plaintiff for the subject accident in the amount of $82,357.10, consisting of $65,428.50 in

medical expenses and $16,928.60 in lost wages. A copy of the insurer's lien notice is attached to this Notice as **Exhibit "I."**

8. The pre-suit settlement demand letter from Plaintiff's initial attorney sought $250,000. A copy of the letter is attached to this Notice as **Exhibit "J."**

9. The pre-suit settlement demand letter from Plaintiff's subsequent attorney similarly sought $250,000. A copy of the letter is attached to this Notice as **Exhibit "K."**

10. Plaintiff underwent a right shoulder surgery, which he attributes to the subject accident. See Exhibit "J."

11. Plaintiff's doctor has assigned to him an 8% permanent impairment rating for the right shoulder. See Exhibit "J."

12. An independent medical examiner has assigned to Plaintiff a 24% whole person impairment rating. See Exhibit "J."

14. The independent medical examiner estimated Plaintiff's future medical costs to be at least $34,000, and Plaintiff claims his medical costs will exceed $100,000 in the next five years. See Exhibit "J."

15. Plaintiff's Amended Complaint alleges the accident resulted in permanent and continuing losses in the form of:

> physical and mental pain and suffering, loss of the ability to enjoy life, mental anguish, disability, impairment, the expense of medical, therapy and nursing care, and loss of earning capacity.

> The losses are permanent and continuing in nature and the Plaintiff will suffer such losses in the future.

(Com. ¶ 8)

\* \* \*

16.   Because this Court has original jurisdiction over this action pursuant to 28 U.S.C. Section 1332, this case is one that may be removed to this Court pursuant to 28 U.S.C. Section 1441.

17.   A copy of the Amended Complaint is attached to this Notice as **Exhibit "L."** A copy of Owners' Answer is attached to this Notice as **Exhibit "M."** The state court docket is attached to this Notice as **Exhibit "N."** Copies of all other process, pleadings, orders and papers or exhibits of every kind on file in the state court are attached to this Notice as composite **Exhibit "O."** 28 U.S.C. § 1446(a). These items include the Summons, Initial Complaint, Standing Case Management Order, Plaintiff's Interrogatories, Requests for Production, Requests for Admission, Civil Cover Sheet, Notice of Unavailability by Plaintiff's Counsel, and Defendant's Notice of Appearance.

18.   Pursuant to 28 U.S.C. Section 1446(b), this Notice of Removal has been filed timely and without waiver by Defendant.  It has been less than one year since the commencement of this action on June 20, 2023, and fewer than 30 days since Defendant agreed to accept informal service of the Amended Complaint on June 20, 2023.

19. Venue properly rests in the Orlando Division of the United States District Court, Middle District of Florida, pursuant to 28 U.S.C. Section 1441(a) and Local Rule 1.02(3), because this action is being removed from the state court where it was originally filed in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

19. Defendant will file with the Clerk of the Court for the Ninth Judicial Circuit in and for Orange County, Florida a Notice of Filing Notice of Removal pursuant to 28 U.S.C. Section 1446(d), and will give written notice thereof to all adverse parties. A copy of said Notice is attached as **Exhibit "P."**

WHEREFORE, Defendant Owners Insurance Company respectfully requests this Court to assume jurisdiction of the above-described action now pending in the Ninth Judicial Circuit in and for Orange County, Florida, pursuant to 28 U.S.C. Sections 1332 and 1441.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been filed through the CM/ECF system which will provide electronic copies to Robert N. Hemphill, Esq., Cullen & Hemphill, P.C., 101 S. New York Ave., Ste. 205, Winter Park, FL 32789, rnh@cullen-hemphill.com, cindy@cullen-hemphill.com, mtl@cullen-hemphill.com, kmc@cullen-hemphill.com, ejc@cullen-hemphill.com on this 30th day of June, 2023.

s/ Michael L. Forte
MICHAEL L. FORTE
Florida Bar No. 0592161
E-mail: mforte@rumberger.com (primary)
docketingtpa@rumberger.com and
mfortesecy@rumberger.com (secondary)
CONNOR O. SMEDBERG
Florida Bar No. 1032573
E-mail: csmedberg@rumberger.com (primary)
csmedbergsecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Tampa, Florida 33602-5853
Telephone: 813.223.4253

Attorneys for Defendant Owners Insurance Company

18099905.v1