UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PIETRO GOZZI,

    Plaintiff,

v.                                  CASE NO.:  6:23-cv-1228-RBD-DCI

OWNERS INSURANCE COMPANY,

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF SETTLEMENT**

Defendant Owners Insurance Company states this matter has settled in its entirety, post-mediation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed through the CM/ECF system, which will provide an electronic copy to Gordon Fenderson, Esq., Fenderson Law Firm, 7400 Baymeadows Way, Suite 314, Jacksonville, FL 32256, abright@fendersonlaw.com, attorneys@fednersonlaw.com this 5th day of August, 2024.

s/ Michael L. Forte
MICHAEL L. FORTE
Florida Bar No.: 0592161
E-mail: mforte@rumberger.com (primary),
docketingtpa@rumberger.com and
mfortesecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Tampa, Florida 33602-5853
Telephone: 813.223.4253

Attorneys for Defendant Owners Insurance Company