UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PIETRO GOZZI,

    Plaintiff,

v.                                      Case No:   6:23-cv-1228-RBD-DCI

OWNERS INSURANCE COMPANY,

    Defendant.

### ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement filed on August 5, 2024 (Doc. 38), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 6, 2024.

ROY B. DALTON, JR.
United States District Judge